**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile:  (619) 564-6665
***Attorneys for Plaintiffs and the Proposed Class***

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA AUGUSTINE and TERRI GARFINKEL, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TALKING RAIN BEVERAGE COMPANY, INC., a Washington corporation,<br><br>Defendant. | Case No: 18-cv-2576-CAB-BGS<br><br>CLASS ACTION<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiffs Jessica Augustine and Terri Garfinkel ("Plaintiffs") and Defendant Talking Rain Beverage Company, Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims in this action in their individual capacities are hereby dismissed with prejudice.

Because this stipulation is signed by all parties who have appeared, no Court order is necessary to effectuate dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … (ii) a stipulation of dismissal signed by all parties who have appeared.").

Dated: September 20, 2019    Respectfully submitted,

*/s/ Ronald A. Marron*
Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiffs*

Dated: September 20, 2019    Respectfully Submitted,

*/s/ Darcie A. Tilly*
COOLEY LLP
MICHELLE C. DOOLIN
(mdoolin@cooley.com)
DARCIE A. TILLY
(dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
*Counsel for Defendant Talking Rain Beverage Company, Inc.*

- 1 -

*Augustine v. Talking Rain Beverage Co., Inc.*, Case No. 18-cv-2576-CAB-BGS
JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE

**ELECTRONIC SIGNATURE CERTIFICATION**

All other signatories listed on this filing concur with this filings contents and have consented to this electronic filing. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*/s/ Ronald A. Marron*
Ronald A. Marron

- 2 -

*Augustine v. Talking Rain Beverage Co., Inc.*, Case No. 18-cv-2576-CAB-BGS
JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE