# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA AUGUSTINE and TERRI GARFINKEL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TALKING RAIN BEVERAGE COMPANY, INC.,<br><br>Defendant. | Case No.: 18-cv-2576-CAB-BGS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 33] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: September 26, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge